# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue NW
Washington, DC 20001-2866

**AMEER FLIPPIN**
4713 Wisconsin Avenue NW
Washington, DC
20032

*Pro se Plaintiff,*

V.

Case: 1:19-cv-02624    JURY DEMAND
Assigned To : Unassigned
Assign. Date : 8/30/2019
Description: TRO/Prelim. Injunc. (D-DECK)

**US PARKS POLICE OFFICER MARCUS GRAY,** in an Official Capacity
1100 Ohio Drive SW
Washington, DC 20001

**US PARKS POLICE OFFICER ROBERT WELSTED,** in an Official Capacity,
1100 Ohio Drive SW
Washington, DC 20001

**DC MAYOR MURIEL BOWSER,** in an Official Capacity, and
**DISTRICT OF COLUMBIA GOVERNMENT**
1350 Pennsylvania Avenue NW
Washington, DC 20004

**US DEPARTMENT OF INTERIOR ("DOI"),** and
**DOI SECRETARY DAVID BERNHARDT,** in an Official Capacity,
430 E Street NW
Washington, DC 20001

**US PARKS POLICE DEPARTMENT ("USPP"),** and
**USPP CHIEF ROBERT MCLEAN,** in an Official Capacity,
1100 Ohio Drive SW
Washington, DC 20242

**US CAPITOL POLICE DEPARTMENT ("USCP"),** and
**USCP CHIEF STEVEN SUND,** in an Official Capacity,
119 D Street NE
Washington, DC 20510

RECEIVED
AUG 30 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA ("MPDC"),** and **MPDC CHIEF PETER NEWSHAM,** in an Official Capacity,
300 Indiana Avenue NW
Washington, DC 20001

**U.S. NATIONAL PARKS SERVICE ("NPS"),** and
**NPS DIRECTOR DAN SMITH,** in an Official Capacity,
900 Ohio Drive SW
Washington, DC 20024

**SMITHSONIAN INSTITUTION ("SI"),** and
**SI SECRETARY LONNIE G. BUNCH III,** in an Official Capacity,
600 Maryland Avenue SW
Washington, DC 20002

**SMITHSONIAN INSTITUTON NATURAL HISTORY MUSEUM DIRECTOR KIRK JOHNSON,**
in an Official Capacity,
600 Maryland Avenue SW
Washington, DC 20002

*Defendants*,

---

## COMPLAINT
## UNDER 42 USC § 1983, CIVIL RIGHTS;
## AND 15 USC § 1, SHERMAN ANTITRUST ACT

I, Ameer Flippin, the pro se plaintiff, complains and alleges Causes of Action as follows:

1. I, Ameer Flippin, the pro se plaintiff, is an individual residing in Washington, DC, at 1100 Alabama Avenue SE, Washington, DC 20001, 202.271.1731, and has resided at that address at all times relevant.

2. The Defendants, *US Parks Police Officer Marcus Gray, in an Official Capacity, US Parks Police Officer Robert Welsted, in an Official Capacity, the US Parks Police Department ("USPP"), the US Parks Police Chief Robert McLean, in*

*an Official Capacity, the US National Parks Service ("NPS") , the Chief of the National Parks Service, in an Official Capacity, the US Capitol Police Department ("USPP"), the US Capitol Police Chief, in an Official Capacity, DC Mayor Muriel Bowser, in an Official Capacity, the District of Columbia Police Department ("DCPD"), the District of Columbia Police Chief Peter Newsham, in an Official Capacity, the US Department of Interior ("DOI"), the Secretary of the US Department of Interior David Bernhardt, in an Official Capacity, the Smithsonian Institute ("SI"), the Secretary of the Smithsonian Institute Lonnie G. Bunch, III, in an Official Capacity, the Smithsonian Natural History Museum, the Sant Director of the Smithsonian Natural History Museum Kirk Johnson, in an Official Capacity,* and all other defendants et.al., have resided in Washington, DC, at all times relevant.

  3. On or about August 25th, 2019, I, Ameer Flippin, was involved in an ongoing, valid, and existing vending business and relationship with National Mall Tourists where *US Parks Police Officers Marcus Gray and Robert Welsted* have interfered with business activities on the sidewalk on Constitution Avenue on the *National Mall* in violation of the **Sherman Antitrust Act, Title 15, USC §1**, and **Civil Rights under Title 42, USC, §1983**. *Marcus Gray* and *Robert Welsted* prevented, Ameer Flippin, from *"Vending Bottled Water and Souvenir T-shirts"* on the sidewalk at the corner of *Constitution Avenue* and 12th Street in front of the

*Smithsonian Natural History Museum* in accordance with *Title 36 of the Code of Federal Regulations ("CFR")* where guidelines are created balancing federal jurisdiction between sidewalk vending and District of Columbia Municipal Regulation of food trucks parked on the street. The *US Parks Police Officer Marcus Gray*, a federal employee, issued a DC municipal citation (ticket) for vending on the sidewalk. An *Emergency Ex-Parte Motion for a Temporary Restraining Order ("TRO"), Preliminary Injunction, and Permanent Injunction for Relief* is being filed where the Officers are believed to be conspiring with private third parties that have a financial and economic interest in this matter and vending on the *National Mall*.

4. **Jurisdiction** is conferred upon this court by *Title 28, USC, § 1331*, and *Title 28, USC, §1343(a)(3)*. Venue of this action is proper under *Title 28, USC §1391(b)*.

5. I, Ameer Flippin, the pro se plaintiff, has a valid and reasonable expectation that I would derive future economic benefits from this relationship with tourists on the *National Mall*, in that I believed I would continue receiving compensation from the sale of *"Bottled Water and T-shirts"* as a small sidewalk vendor on federal property.

6. All of the Defendants knew of the economic relationship between myself as a sidewalk vendor and *National Mall* tourists as several of the defendants are

4

believed to be illegally competing as sidewalk vendors as government agencies and a municipality where elements of *"false imprisonment and arrest"* are factors that should be taken into consideration.

7. All of the *Defendants* are believed to have intentionally conspired to disrupt the *synthetic* relationship between myself, the plaintiff and Tourists on the *National Mall* with the express purpose to harm the business operations of small sidewalk vendors.

8. The Defendants' conduct was undertaken wholly without privilege or justification.

9. As a result of the Defendants' intentional acts, the business relationship between the pro se plaintiff, Ameer Flippin, and Tourists on the *National Mall* was disrupted, in that a Citation was issued with a threat of arrest.

10. Defendants' interference with the business relationship between the pro se plaintiff, Ameer Flippin, and Tourists on the *National Mall* has resulted in damage to plaintiff in the amount of $50,000, directly and proximately considering the future threat of a possible arrest for continued vending in the future.

11. Defendants, *USPP Officers Marcus Gray* and *Robert Welsted* acted maliciously and wantonly in interfering with the business relationship on the *National Mall* with a threat of arrest and the issuance of a citation for any continued vending. I, Ameer Flippin, the pro se plaintiff, is therefore entitled to

5

seek punitive damages, in an amount with the jurisdiction of this court, and to be proved at trial.

Wherefore, I, Ameer Flippin, the pro se plaintiff, requests judgment against defendant for the following:

1. An ORDER for a Temporary Restraining Order ("TRO"); a Preliminary Injunction and Permanent Injunction for Relief from Citation and Arrest;
2. Compensatory damages in the amount of $ 50,000;
3. Punitive damages in an amount to be proved at trial;
4. Costs of suit; and
5. Such other and further relief as the court considers just and proper.

I declare **"Under Penalty of Perjury"** that the foregoing is true and correct to the best of my knowledge.

ORAL HEARING REQUESTED

Date: **August 28th, 2019**

/s/ Ameer Flippin

_(signature)_

Ameer Flippin
1100 Alabama Avenue SE
Washington, DC 20032
202.271.1731
ameerflippin@mail.com

Mailing Address:
4713 Wisconsin Avenue NW
Washington, DC 20016

# CERTIFICATE OF SERVICE

I hereby certify that on **August 26th -31st, 2019**, I filed a copy of the foregoing with the Court and served personally by Hand Delivery all counsel of record, the U.S Office of Attorney General and that I separately served the foregoing on all defendants through the following counsel via hand delivery and/or electronic mail:

William Barr
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
202.727.3400
civil.feedback@usdoj.gov
criminal.feedback@usdoj.gov

David Bernhardt
Secretary of the Interior
U.S. Department of Interior
1849 C Street NW
Washington, DC 20240
202.208.3100
feedback@ios.doi.gov

Marcus Gray, USPP Officer
Robert Welsted, USPP Officer
Robert MacLean, USPP Chief
U.S. Parks Police Department
1100 Ohio Drive SW
Washington, DC 20242
202.610.7500
npsfoia@nps.gov
info@nps.gov

Steven Sund, USCP Chief
US Capitol Police Department119 D
119 D Street NE
Washington, DC 20510
opr@uscp.gov
pio@uscp.gov

Darrell C. Valdez
Assistant US Attorney
Department of Justice
Civil Division
555 Fourth Street NW
Washington, DC 20530
202.252.2507
Darrell.Valdez@usdoj.gov

Dan Smith, NPS Director
National Parks Service
900 Ohio Drive SW
Washington, DC 20024
info@nps.gov

Lonnie G. Bunch III, Secretary
Dr. Kirk Johnson, Natural History
Smithsonian Institution
600 Maryland Avenue SW
Washington, DC 20002

DC Mayor Muriel Bowser
District of Columbia Government
C/O: DC Office of Attorney General
441 4th Street SW
Washington, DC 20001

Peter Newsom, Police Chief
DC Metropolitan Police Department
C/O: DC Office of Attorney General
441 4th Street NW, #1100
Washington, DC 20001

*/s/Ameer Flippin*
Ameer Flippin
4713 Wisconsin Avenue NW
Washington, DC 20016
ameerflippin@mail.com
202.271.1731

8